1  ANDREW L. PACKARD (State Bar No. 168690)
   WILLIAM N. CARLON (State Bar No. 305739)
2  Law Offices of Andrew L. Packard
   245 Kentucky Street, Suite B3
3  Petaluma, CA 94952
   Tel: (707) 782-4060
4  Fax: (707) 782-4062
   E-mail: andrew@packardlawoffices.com
5          wncarlon@packardlawoffices.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>MINERAL RESOURCES, LLC, et al,<br><br>Defendants. | No. 2:18-cv-01717-JAM-KJN<br><br>STIPULATED REQUEST FOR SETTLEMENT CONFERENCE AND ORDER; AND, WAIVER OF DISQUALIFICATION OF SETTLEMENT JUDGE PURSUANT TO LOCAL RULE 270(b)<br><br>**Complaint filed: June 13, 2018** |

WHEREAS, the parties are interested in resolving this matter without unnecessary litigation;

WHEREAS, on May 23, 2018, the parties conducted a settlement-protected site inspection at Defendants' facility in Oroville, CA;

WHEREAS, on June 25, 2018, CSPA provided Mineral Resources with a letter outlining CSPA's settlement demand;

WHEREAS, on July 13, 2018, Mineral Resources provided a response;

1

1 | WHEREAS, the parties have continued to exchanged settlement
2 | correspondence until CSPA's latest settlement offer of November
3 | 30, 2018;
4 | WHEREAS, the parties now seek Magistrate Judge Newman's aid
5 | in resolving this matter by way of a settlement conference;
6 | WHEREAS, Magistrate Judge Newman is assigned to this case to
7 | resolve discovery disputes;
8 | THEREFORE, the parties request that the Court order the
9 | parties to participate in a settlement conference with Magistrate
10 | Judge Newman on March 12, 2019 at 9:00 a.m.;
11 | AND THEREFORE, the parties hereby waive any claim of
12 | disqualification of the assigned Magistrate Judge on the basis of
13 | Magistrate Judge Newman's participation in a settlement
14 | conference in this action.

DATED: January 7, 2019  /s/-William N. Carlon
William N. Carlon
Attorneys for Plaintiff

DATED: January 7, 2019  /s/-Thomas M. Swett
Thomas M. Swett
Attorney for Defendants

**ORDER**

The parties are ORDERED to participate in a settlement conference with Magistrate Judge Newman on March 12, 2019 at 9:00 a.m. in Courtroom 25, on the 8th floor of the Robert T. Matsui United States Courthouse located at 501 I Street in Sacramento, California.

DATED: 1/7/2019          /s/ John A. Mendez
                         HON. JOHN A. MENDEZ
                         United States District Court Judge