UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>MINERAL RESOURCES, LLC, et al.<br><br>Defendants. | No. 2:18-cv-1717-JAM-KJN<br><br><br>ORDER |

On February 25, 2019, the court conducted an informal telephonic discovery conference in this matter. Attorney Andrew Packard appeared on behalf of plaintiff, and attorney Thomas Swett appeared on behalf of defendants. For the reasons discussed with the parties at the conference, IT IS HEREBY ORDERED that:

1. Plaintiff shall propound separate sets of requests for admission and requests for production of documents on each of the three (3) defendants, carefully evaluating whether each request is appropriately directed to each defendant in good faith.
2. The parties may agree to electronic service of such separate requests to avoid unnecessary waste of paper and postage expenses.

IT IS SO ORDERED.

Dated: February 26, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE