ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062
E-mail: andrew@packardlawoffices.com
 wncarlon@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>    Plaintiff,<br><br>    v.<br><br>MINERAL RESOURCES, LLC, MRLLC INVESTORS, L.P., AND CHRIS VAN VELDHUIZEN,<br><br>    Defendants. | Case No: 2:18-cv-01717-JAM-KJN<br><br>**STIPULATION TO DISMISS CLAIMS AGAINST CHRIS VAN VELDHUIZEN WITH PREJUDICE;**<br>**ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]** |

Plaintiff California Sportfishing Protection Alliance ("CSPA") and Defendants Mineral Resources, LLC, MRLLC Investors, L.P., and Chris Van Veldhuizen ("Mineral Resources") in the above-captioned action, stipulate as follows:

WHEREAS, on or about April 13, 2018, CSPA provided Mineral Resources with a Notice of Violations and Intent to File Suit ("CWA 60-Day Notice Letter") under Section 505 of the Federal Water Pollution Control Act ("Act" or "Clean Water Act"), 33 U.S.C. § 1365;

WHEREAS, on June 13, 2018, CSPA filed its Complaint against Mineral Resources in this Court and said Complaint incorporated by reference all of the allegations contained in CSPA's CWA 60-Day Notice Letter;

WHEREAS, CSPA and Mineral Resources, through their authorized representatives and

- 1 -
Stipulation and Order Re Dismissal                    Case No: 2:18-cv-01717-JAM-KJN

without either adjudication of CSPA's claims or admission by Mineral Resources of any alleged violation or other wrongdoing, have chosen to resolve in full by way of consent judgment the allegations of CSPA as set forth in CSPA's CWA 60-Day Notice Letter and Complaint, thereby avoiding the costs and uncertainties of further litigation. A copy of the Parties' proposed consent judgment ("Consent Judgment") entered into by and between CSPA and Mineral Resources is attached hereto as **Exhibit A** and incorporated by reference;

WHEREAS, CSPA has submitted the Consent Judgment via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice and the U.S. Department of Justice has not opposed the Consent Judgment.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the Parties that the 45-day agency review period has ended, and no objections have been raised by the U.S. EPA nor the U.S. Department of Justice, and that the Consent Judgment be executed and entered by the Court. The Parties respectfully request that this Court execute and enter the attached Consent Judgment.

IT IS HEREBY STIPULATED and agreed to by and between the Parties that CSPA's claims with regard to Chris Van Veldhuizen only, as set forth in its CWA 60-Day Notice Letter and Complaint, be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The Parties respectfully request an order from this Court dismissing such claims with regard to Mr. Van Veldhuizen with prejudice.

Dated: June 18, 2019                    Respectfully submitted,

                                        LAW OFFICES OF ANDREW L. PACKARD

                                        By: /s/ William N. Carlon
                                        William N. Carlon
                                        Attorneys for Plaintiff
                                        California Sportfishing Protection Alliance

Dated: June 18, 2019                    BURTONS RICHARDS & SWETT, P.C.

                                        By: /s/ Thomas M. Swett
                                        Thomas M. Swett
                                        Attorneys for Defendants
                                        Mineral Resources, LLC, MRLLC Investors, L.P., and
                                        Chris Van Veldhuizen

# ORDER

Good cause appearing, and the Parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance claims against Defendant Chris Van Veldhuizen, as set forth in CSPA's CWA 60-Day Notice Letter and Complaint, are hereby dismissed with prejudice, each side to bear their own attorney fees and costs.

IT IS SO ORDERED.

Dated: July 3, 2019

cspa.1717

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE